USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 7, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

JIAXING LEADOWN FASHION CO. LTD,  :
                                          :

                    Plaintiff,  :  21 Civ. 976 (VM)
                                            :

   - against -  :  **ORDER**
                                            :

LYNN BRANDS, LLC, et al.,  :
                                            :

                    Defendants.  :

-------------------------------------X

**VICTOR MARRERO, United States District Judge.**

      On June 3, 2021, Michael J. Sheppeard ("Sheppeard") and Howard D. Bader ("Bader"), counsel for Defendants, filed a proposed order to show cause to withdraw as counsel. (See Dkt. No. 11.) Sheppeard and Bader's request to withdraw as counsel is hereby **GRANTED**.

      Furthermore, this matter will be **STAYED** for thirty (30) days to allow Defendants to find substitute counsel and for substitute counsel to file an appearance.

**SO ORDERED.**

Dated:     New York, New York
            7 June 2021

                                      _____
                                         Victor Marrero
                                           U.S.D.J.