UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIAXING LEADOWN FASHION CO. LTD.,  CASE NO. 21-CV-00976-VM

        Plaintiff,

v.

LYNN BRANDS, LLC, SHAWN WANG,
and CATHY WANG,

        Defendants.

---

## DECLARATION OF MICHAEL J SHEPPEARD

I, Michael J Sheppeard, an attorney admitted to practice in this Court, declare pursuant to 28 U.S.C. §1746, under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1. I am not a party to the action, am over 18 years of age, and I am an attorney with Scarinci Hollenbeck LLC.

2. On 07 June 2021, I served the Court's Order [Docket #12] and the papers on which is it based by email and via a FEDERAL EXPRESS OVERNIGHT DELIVERY to the office of Defendants located at 230 W. 38th St., New York, New York 10018.

3. On 08 June 2021, I served the Court's Order [Docket #12] and the papers on which is it based by email upon Plaintiff's counsel herein.

*I declare, certify, verify, and state under penalty of perjury under the laws of the United States that the foregoing is true and correct.*

Dated: New York, New York
      08 June 2021

                                                         SCARINCI HOLLENBECK, LLC

By: _____
Michael J Sheppeard
msheppeard@sh-law.com
589 8th Avenue – 16th Fl
New York, New York 10018
212.286.0747

*EXHIBIT 1*