USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 15, 2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JIAXING LEADOWN FASHION CO. LTD,         :
                                         :
                    Plaintiff,           :    21 Civ. 976 (VM)
                                         :
      - against -                        :    ORDER
                                         :
LYNN BRANDS, LLC, et al.,                :
                                         :
                    Defendants.          :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On June 7, 2021, the Court granted the request of Michael J. Sheppeard ("Sheppeard") and Howard D. Bader ("Bader"), then-counsel for Defendants, to withdraw as counsel. Prior to this, on May 26, 2021, and consistent with the Court's Individual Practices, Sheppeard sent by email a premotion letter to Plaintiff's attorney identifying deficiencies with the Amended Complaint.

Following the withdrawal of Sheppeard and Bader as counsel for Defendants, substitute counsel David Edgar Bamberger ("Bamberger") filed a notice of appearance on behalf of Defendants on July 13, 2021.

Bamberger is hereby directed to inform the Court as to whether Defendants will rest on the premotion letter sent by Sheppeard on May 26, 2021, or whether Bamberger will be sending a new premotion letter to Plaintiff's attorney.

**SO ORDERED.**

Dated:     New York, New York
           15 July 2021

_____
Victor Marrero
U.S.D.J.