USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
JIAXING LEADOWN FASHION CO. LTD.        :
                                        :
                    Plaintiff,          :     21 Civ. 976 (VM)
                                        :
    - against -                         :     ORDER
                                        :
LYNN BRANDS LLC, et al.,                :
                                        :
                    Defendants.         :
---------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

On April 12, 2022, and consistent with the Court's Individual Practices, counsel for Lynn Brands LLC, Cathy Wang, and Shawn Wang (together, "Defendants") sent counsel for Jiaxing Leadown Fashion Co. Ltd. ("Jiaxing Leadown") a pre-motion letter identifying an alleged basis for a motion for judgment on the pleadings that Defendants filed in this action, and that allegedly would provide a basis supporting such a motion. (See Dkt. No. 29.) On April 14, 2022, also consistent with the Court's Individual Practices, counsel for Jiaxing Leadown sent a three-page letter in response, opposing the grounds that Defendants stated in favor of the proposed motion. (See Dkt. No. 29) On June 23, 2022, the Court received a letter from Defendants requesting a pre-motion conference, and asserting that the letter exchange did not resolve the dispute and thus failed to avoid motion practice at this stage of the proceedings. (See Dkt. No. 31.)

Upon review of all pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary to resolve the parties' dispute. Within one week of the date of this order, the parties shall

advise the Court whether they consent to the Court deeming the pre-motion letters as a fully briefed motion and ruling on the basis of the letters, or whether the parties request supplemental or full briefing on Defendants' proposed motion. If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within one week of the date of this order.

**SO ORDERED.**

Dated: August 8, 2022
      New York, New York

                                            Victor Marrero
                                              U.S.D.J.