```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
JIAXING LEADOWN FASHION CO. LTD.   :
                                   :
                    Plaintiff,     :    21 Civ. 976 (VM)
                                   :
     - against -                   :    ORDER
                                   :
LYNN BRANDS LLC, et al.,           :
                                   :
                    Defendants.    :
----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On September 29, 2022, the parties filed a joint motion requesting a second extension of the discovery and litigation deadlines in this matter. (See Dkt. No. 40.) At this time, the request for an extension to the discovery deadlines is DENIED. The parties have not made a showing of extraordinary circumstances warranting a second extension to the existing discovery deadlines. The parties shall proceed in accordance with the revised case management plan ordered on June 30, 2022. (See Dkt. No. 33.)

**SO ORDERED.**

Dated: September 30, 2022
       New York, New York

_____
Victor Marrero
U.S.D.J.