```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JIAXING LEADOWN FASHION CO. LTD.,

                Plaintiff,

- against -

LYNN BRANDS LLC, et al.,

                Defendants.

**21 Civ. 976 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On January 30, 2023, plaintiff Jiaxing Leadown Fashion Co. Ltd. ("Plaintiff") filed a letter requesting an adjournment of the case management conference scheduled for February 3, 2023. (See Dkt. No. 44.) That same day, defendants Lynn Brands LLC, Cathy Wang, and Shawn Wang (collectively, "Defendants") filed a letter opposing Plaintiff's request for an adjournment. (See Dkt. No. 45.) Having reviewed the parties' letters, the Court hereby adjourns the case management conference, currently scheduled for February 3, 2023, until Defendants' pending motion for judgment on the pleadings is decided, at which point the Court will schedule a case management conference as needed.

**SO ORDERED.**

Dated:    31 January 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.