USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JIAXING LEADOWN FASHION CO. LTD.,  :   21-CV-0976 (VM) (RWL)
:
                Plaintiff,  :   **ORDER**
:
      - against -  :
:
LYNN BRANDS LLC et al,  :
:
               Defendants.  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    As discussed during the case management conference held on June 8, 2023, Plaintiff's counsel stated that due to his client's lack of cooperation, communication, and payment, counsel will be filing a motion to withdraw. Counsel shall file their motion by June 22, 2023 and shall serve a copy on their client by email and at least one other form of communication reasonably expected to achieve receipt by the client. Counsel shall file proof of service of their motion by June 26, 2023. Further, Plaintiff's request to take additional discovery is denied; fact discovery ended January 6, 2023, and Plaintiff has not demonstrated good cause for principally the reasons set forth by Defendants in the parties' joint status report filed on May 30, 2023 at Dkt. 48. All currently operative dates are stayed pending filing of the motion to withdraw.

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated:      June 8, 2023
             New York, New York

Copies transmitted to all counsel of record.