UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

JIAXING LEADOWN FASHION CO. LTD.,        Case No.: 1:21-cv-00976-VM

                Plaintiff,

   -against-                                      **DECLARATION OF GE LI**

LYNN BRANDS LLC, SHAWN WANG,
and CATHY WANG,

                Defendants.
-----------------------------------------------------------------------X

I, GE LI, an attorney duly admitted to practice in this Court, declare pursuant to 28 U.S.C. §1746, under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1. I am a partner with the law firm of KEVIN KERVENG TUNG, P.C. (the "Firm"), attorneys for Plaintiff Jiaxing Leadown Fashion Co. Ltd. ("Plaintiff") in this case.

2. I am not a party to the action, and I am over 18 years of age.

3. On June 27, 2023, I served the Court's Order (Dkt. No. 56) and the papers upon which it is based by email to Plaintiff.

4. On June 27, 2023, I also served the Court's Order (Dkt. No. 56) and the papers upon which it is based by WeChat (an online communication software) to Plaintiff.

*__I declare, certify, verify, and state under penalty of perjury under the laws of the United States that the foregoing is true and correct.__*

Dated: Queens, New York
       June 29, 2023

1

**KEVIN KERVENG TUNG, P.C.**
*Attorneys for Plaintiff*

_____
By: Ge Li, Esq.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354
(718) 939-4633

2