```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2023

JIAXING LEADOWN FASHION CO. LTD.,

                      Plaintiff,

      - against -

LYNN BRANDS LLC, et al.,

                      Defendants.

**21 Civ. 976 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On August 1, 2023, Magistrate Judge Lehrburger held a show cause hearing at which the court granted counsel Kevin Kerveng Tung, P.C.'s motion to withdraw as counsel for plaintiff Jiaxing Leadown Fashion Co. Ltd. ("Plaintiff"). (See Dkt. No. 58 at 1.) Magistrate Judge Lehrburger further ordered Plaintiff to appear by counsel by September 1, 2023, or else the case will be dismissed for failure to prosecute. (See id. at 1-2.) As of the date of this Order, Plaintiff has not appeared by counsel. Accordingly, it is hereby

    **ORDERED** that the Clerk of Court is directed to dismiss the complaint in this action and close this case for lack of prosecution without prejudice.

    Within seven (7) days of the date of this Order, Plaintiff may petition the Court to reopen the case for good cause shown.

**SO ORDERED:**

Dated:   New York, New York
         7 September 2023

_____
Victor Marrero
U.S.D.J.